LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
GREEN S.A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GREEN S.A.,

                Plaintiff,

   - against -                              **ECF CASE**

                                                   07 Civ. 5591

BIN JOHAR GENERAL TRADING LLC.,
                                                   **RULE 7.1**
                Defendant.                **DISCLOSURE STATEMENT**
------------------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff GREEN S.A., certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of Plaintiff which are otherwise publicly held in the United States.

     Dated: New York, New York
              June 12, 2007

                                                LYONS & FLOOD, LLP
                                                Attorneys for Plaintiff
                                                GREEN S.A.

                             By:   */s/ Kirk M. Lyons*
                                                Kirk M. Lyons (KL-1568)
                                                65 West 36th Street, 7th Floor
                                                New York, New York 10018
                                                (212) 594-2400