JUDGE PRESKA

07 CV 5591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREEN S.A.

                                      Plaintiff,

      - against -

BIN JOHAR GENERAL TRADING LLC.,

                                    Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/07

ECF CASE

07 Civ

**ORDER APPOINTING**
**PERSON TO SERVE**
**PROCESS**

      Upon motion of Plaintiff for an order appointing Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate, or an employee of Lyons & Flood, LLP, to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action, and it appearing that an employee or designate of Gotham Process Services or an employee of Lyons & Flood, LLP, is a qualified person over 18 years of age, is not a party to or an attorney in this action, and that the expediting of the service of process will result from such appointment,

      IT IS ORDERED that Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate or an employee of Lyons & Flood, LLP, be and is hereby appointed to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action.

Dated: New York, New York
          June 12, 2007

                                                                     SO ORDERED:

                                                                     Loretta A. Preska
                                                                     U.S.D.J.