William F. Dougherty (WD-8719)
Burke & Parsons
100 Park Avenue
New York NY  10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREEN S.A.,<br><br>              Plaintiff,<br><br>-against-<br><br>BIN JOHAR GENERAL TRADING LLC, also known as BIN JOHAR TRADING LLC and CAVALIER ENTERPRISE, INC.,<br><br>              Defendants. | 07 CV 5591 (LAC)<br><br>Electronically Filed |

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Bin Johar General Trading LLC hereby represents to this Honorable Court that said defendant does not have a corporate parent nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated:   New York NY
            November 2, 2007

                                               BURKE & PARSONS
                                               Attorneys for Defendant
                                               Bin Johar General Trading LLC

                                               _____
                                               William F. Dougherty (WD-8719)
                                               100 Park Avenue
                                               New York NY  10017-5533
                                               (212) 354-3800

TO:    Lyons & Flood, LLP
Attorneys for Plaintiff
65 West 36th Street, 7th Floor
New York NY 10018
(212) 594-2400

J. David O'Brien
Attorney for Defendant
Cavalier Enterprise, Inc.
20 Vesey Street, Room 700
New York NY 10007-4231
(212) 571-6111

\\BPIBM346\BP_E\CM\9020_ILH\BP_DOC\0002.DOC