# LYONS & FLOOD, LLP

### ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK  10018

TELEPHONE:  (212) 594-2400
FAX:  (212) 594-4589

*RECEIVED*
*FEB -- 2005*
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

JON WERNER
E-Mail: jwerner@lyons-flood.com

ADMITTED IN NEW YORK,
NEW JERSEY

February 1, 2008

## BY MESSENGER

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 2/7/08

Re:    Green S.A. v. Bin Johar General Trading LLC, *et al.*
       07 Civ. 5591 (LAP)
       Our file:  2600015

Dear Judge Preska:

       We are attorneys for plaintiff in this Rule B attachment action and write this joint status letter on behalf of all counsel in this matter, pursuant to Your Honor's request at the pretrial conference held on December 21, 2007.

### Bin Johar General Trading, LLC

       The undersigned and William Dougherty, counsel for Bin Johar General Trading LLC are continuing to negotiate towards a full settlement of all claims, and Mr. Dougherty and I share every expectation that such a settlement is feasible. However agreement as to the apportionment of certain claims has not yet been reached, and settlement discussions remain ongoing.

### Cavalier Enterprise, Inc.

       With respect to defendant Cavalier Enterprise, Inc.'s ("Cavalier") counterclaims, we regret to inform Your Honor that this matter has also not yet settled.

NEW JERSEY OFFICE:
1495 MORRIS AVENUE
UNION, NJ 07083
TEL: (201) 569-4435   FAX: (201) 569-4438

CONNECTICUT OFFICE:
19 COVENTRY LANE
RIVERSIDE, CT 06878
TEL  (203) 661-2355  FAX: (203) 661-2577

While the undersigned and counsel for Cavalier entered into some brief settlement discussions, serious negotiations never ensued as it quickly became apparent from the widely disparate positions taken by the principals that the matter could not be feasibly settled. In short, plaintiff had proposed a no-pay or nuisance value settlement, whereas defendant Cavalier Enterprises, Inc. would not reduce the approximately $400,000.00 in damages it claimed.

We thank you for your attention to this matter.

Respectfully yours,

**Lyons & Flood, LLP**

By: Jon Werner

**BY TELEFAX**

cc:     J. David O'Brien, Esq.                    **(212) 571-6166**
        20 Vesey Street, Suite 1210
        New York, NY 10007

        William F. Dougherty, Esq.               **(212) 221-1432**
        Burke & Parsons
        100 Park Avenue
        New York, NY 10017

U:\kmhldocs\2600015\Correspondence\preska 03 ltr.doc

Counsel shall confer and propose dates for close of all discovery, etc., by letter no later than February 11.

February 7, 2008

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

- 2 -