**LYONS & FLOOD, LLP**

ATTORNEYS AT LAW

65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018

TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

RECEIVED
FEB 13 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

JON WERNER
E-Mail: jwerner@lyons-flood.com

ADMITTED IN NEW YORK,
NEW JERSEY

February 11, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

**BY MESSENGER**

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

Re:  Green S.A. v. Bin Johar General Trading LLC, *et al.*
     07 Civ. 5591 (LAP)
     Our file: 2600015

Dear Judge Preska:

We are attorneys for plaintiff in this Rule B attachment action and respectfully submit this joint letter on behalf of all counsel in this matter, pursuant to Your Honor's endorsed memo Order dated February 7, 2008.

Counsel have conferred and agreed to the following proposed discovery schedule:

1. All fact discovery to be completed no later than July 30, 2008.

2. Initial requests for production of documents to be served by April 22, 2008.

3. Interrogatories to be served by April 22, 2008.

4. Depositions to be completed by June 4, 2008.

5. Requests to Admit to be served no later than June 25, 2008.

5A. *Counsel shall inform the Court by letter no later than July 31 of their respective positions on dispositive motions*

6. Dispositive motions to be served no later than August 11, 2008, with opposition papers to be served no later than August 21, 2008, and reply papers to be served no later than August 28, 2008.

We thank you for your attention to this matter.

Respectfully yours,

**Lyons & Flood, LLP**

By: Jon Werner

SO ORDERED

*Loretta A. Presky*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
February 13, 2008
**BY TELEFAX**

cc: J. David O'Brien, Esq.         (212) 571-6166
    20 Vesey Street, Suite 1210
    New York, NY 10007

    William F. Dougherty, Esq.     (212) 221-1432
    Burke & Parsons
    100 Park Avenue
    New York, NY 10017

U:\kmhldocs\2600015\Correspondence\preska 04 ltr.doc

- 2 -