LYONS & FLOOD, LLP
ATTORNEYS AT LAW
65 WEST 36TH STREET, 7TH FLOOR
NEW YORK, NEW YORK 10018
TELEPHONE: (212) 594-2400
FAX: (212) 594-4589

KIRK M. LYONS
E-Mail: klyons@lyons-flood.com
ADMITTED IN NEW YORK, CONNECTICUT, NEW JERSEY, & MASSACHUSETTS







April 28, 2008

**BY MESSENGER**

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

Re: Green S.A. v. Bin Johar General Trading LLC, *et al.*
07 Civ. 5591 (LAP)
Our file: 2600015

Dear Judge Preska:

We are attorneys for plaintiff in this Rule B attachment action and respectfully write this letter to advise of an apparent administrative error involving a recently filed Stipulation and Order of Partial Dismissal and Release and Transfer of Funds. (A copy of the Stipulation and Order of Partial Dismissal is enclosed for Your Honor's ready reference).

On April 2, 2008, Your Honor signed the Stipulation and Order of Partial Dismissal which was submitted by plaintiff and one of the defendants, Bin Johar General Trading LLC, requesting dismissal of the claims between those parties as they had reached a full and final settlement. On April 3, 2008, the Stipulation and Order of Partial dismissal was entered on the docket.

However, the Docket Text for that entry provided that "[t]he Clerk of the Court shall mark this action closed and all pending motions denied as moot" and the case was marked closed. Unfortunately, this appears to have done in error, as the Stipulation and Order was only for a partial dismissal, since the remaining defendant Cavalier Enterprise, Inc. still possesses counterclaims against the plaintiff for wrongful attachment.

The action is re-opened. Counsel shall confer and inform the Court by letter no later than May 7 of the status of the action.
April 29, 2008

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

We thank you for your attention to this matter.

Respectfully yours,

**Lyons & Flood, LLP**

By: ______________________
Kirk M. Lyons

**BY TELEFAX**

cc: J. David O'Brien, Esq. **(212) 571-6166**
20 Vesey Street, Suite 1210
New York, NY 10007

U:\kmhldocs\2600015\Correspondence\preska 05 ltr.doc