FROM : JDOBRIENATTYS          FAX NO. :2125716166          Jul. 25 2008 05:58PM  P2

**J. DAVID O'BRIEN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 1210
NEW YORK, NEW YORK 10007

TELEPHONE: (212) 571-6114
FAX: (212) 571-6166

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

July 25, 2008

VIA TELEFAX

Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Court House
500 Pearl Street, Room 1320
New York, NY 10007

**Green S. A. v. Bin Johar General Trading LLC, aka Bin Johar Trading LLC and Cavalier Enterprise, Inc.
07 Civ. 5591 (LAP)**

Dear Judge Preska:

      I am the attorney for defendant Cavalier Enterprise Inc. in the counterclaim in this Rule B attachment action and respectfully submit this joint letter on behalf of all counsel in this matter.

      Counsel have conferred and agreed subject to your approval that the following discovery schedules endorsed by your Honor on February 14, 2008 be extended as follows:

      All fact discovery, (original date July 30, 2008) to be completed no later than September 30, 2008.

      Interrogatories, (original date, April 22, 2008) to be served by September 1, 2008.

      Depositions, (original date June 4, 2008) to be completed by September 30, 2008.

Case 1:07-cv-05591-LAP   Document 23   Filed 08/04/2008   Page 2 of 2
FROM : JD0BRIENATTYS         FAX NO. :2125716166         Jul. 25 2008 05:59PM  P3

PAGE 2/2

Requests to Admit, (original date June 25, 2008) to be served no later than October 21, 2008. *Requests for a pre-motion conference as to dispositive motions shall be made no later than November 15, 2008 with responses within five business days.* Dispositive motions, (original date August 11, 2008) to be served no later than December 11, 2008, with opposition papers, (original date August 21, 2008) to be served no later than December 22, 2008, and reply papers, (original date August 28, 2008) to be served no later than December 29, 2008.

No prior requests for adjournments or extensions of time have been made.

We thank you for your attention to this matter.

Respectfully yours,

*J. David O'Brien*
J. David O'Brien

BY TELEFAX
Cc: Jon Werner, Esq.
Lyons & Flood, LLP
65 West 36th Street, 7th Floor
New York, NY 10018
Fax: (212) 594-4589

*So ordered*
*Loretta A. Preska*
USDJ
August 4, 2008